# Court of Appeals
# of the State of Georgia

ATLANTA,___July 18, 2012_____

*The Court of Appeals hereby passes the following order:*

**A12A2232.  DAVID WILLIAMS v. THE STATE OF GEORGIA.**

David Williams sought to appeal the superior court's denial of his petition for writ of habeas corpus.  The trial court dismissed the appeal on May 8, 2012, and Williams seeks appellate review of this ruling.  Under our Constitution, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. 1983, Art. VI, Sec. VI, Par. III (4).  Because this appeal is ancillary to a habeas corpus matter, this appeal is TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*_07/18/2012_____
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*